**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JARRIS DONALD,

        Plaintiff,

vs.                                             Case No.: 3:10-cv-41-J-34MCR

PARK & FLY LLC,
a Florida Corporation,

        Defendant.
_____

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 20; Report), entered on November 7, 2011. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Motion for Entry of Default Final Judgment (Dkt. No. 18) be granted, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff in the amount of $2,597.50. See Report at 9. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Recommendation (Dkt. No. 20) of Magistrate Judge Richardson is **ACCEPTED** by the Court.

2. Plaintiff's Motion for Entry of Default Final Judgment (Dkt. No. 18) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, Jarris Donald, and against Defendant, Park & Fly LLC, for the sum of Two Thousand, Five Hundred Ninety-Seven Dollars and Fifty Cents ($2,597.50), terminate any pending motions, and close the file.

**DONE AND ORDERED** in Chambers, this 3rd day of December, 2011.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record

Park & Fly LLC
c/o Ravi Gandhy, Registered Agent
1305 Ivy Hedge Avenue
St. Augustine, FL 32092